Bruce J. Hagel CSB 63531
Elizabeth L. Gade CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*



FILED
JUN 21 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PANCO PAUL PRINCE,
   Plaintiff,
vs.
Jo Anne B. Barnhart,
Commissioner of Social Security,
   Defendant

CASE NO.: 2:05-CV-02-595-GGH

[▓▓▓▓▓] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT OR REMAND ON THE PLEADINGS

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g). Pending before the Court is plaintiff's stipulated motion for an extension of time (Do. ___), filed on June 7, 2006.

On December 22, 2005, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant. The court's records reflect that the administrative record was served on March 31, 2006. Plaintiff now seeks an extension of time to July 14, 2006, to file a dispositive motion. Defendant does not oppose the request. Good cause appearing therefore, the request will be granted. Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

3

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by July 14, 2006.

DATED: June 20, 2006

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE