```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
```
**MARY P. PARNOW**
```
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PANCO P. PRINCE,** | Case No. 2:**05-CV-02595-GGH** |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment, for the purpose of conducting a further review of this matter. The current due date is **August 15, 2006.** The new due date will be **September 14, 2006.**

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

```
    /s/ Elizabeth L. Gade
        (As authorized on August 11, 2006)
    ELIZABETH L. GADE
    Attorney at Law

    Attorney for Plaintiff



    McGREGOR W. SCOTT
    United States Attorney
    BOBBIE J. MONTOYA
    Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
        (As e-signed on August 11, 2006)
    MARY P. PARNOW
    Special Assistant U.S. Attorney

    Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: 8/14/06                    /s/ Gregory G. Hollows
                                  _____
                                  **GREGORY G. HOLLOWS**
                                  UNITED STATES MAGISTRATE JUDGE

prince.ord