McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
MARY P. PARNOW
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PANCO PRINCE,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. 2:05-CV-02595-GGH<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the Administrative Law Judge (ALJ) will hold a new hearing and obtain additional evidence from the treating sources to clarify the severity of Claimant's mental impairments, to include medical source statements; further consider the opinions by the treating sources in accordance with

Stip & Proposed Order Re Remand (Sentence 4) (05-CV-02595-GGH)   Page 1

1  20 C.F.R. 404.1527 and Social Security Ruling 96-2p; reevaluate
2  Claimant's mental impairments in accordance with 20 C.F.R. §
3  404.1520a; reevaluate Claimant's residual functional capacity and
4  obtain vocational expert testimony.
5      It is further stipulated that the administrative decision
6  giving rise to this action is hereby vacated and that the Clerk
7  of this Court shall be directed to enter a separate judgment
8  herein, as provided for under Rules 58 and 79(a) of the Federal
9  Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509
10 U.S. 292, 113 S. Ct. 2625 (1993).
11 / / /
12 / / /
13 / / /

```
     /s/ Elizabeth L. Gade
         (As authorized on August 30, 2006)
     ELIZABETH L. GADE
     Attorney at Law

     Attorney for Plaintiff



     McGREGOR W. SCOTT
     United States Attorney
     BOBBIE J. MONTOYA
     Assistant U.S. Attorney

By:  /s/ Bobbie J. Montoya for
         (As signed on August 30, 2006)
     MARY P. PARNOW
     Special Assistant U.S. Attorney

     Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: 9/6/06                    /s/ Gregory G. Hollows
                                 ─────────────────────────────
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

prince2.ord